IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA BIBBS, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-349 Erie |
| | ) | District Judge Cohill |
| BRADLEY FOULK, et al., | ) | Magistrate Judge Baxter |
| Defendants. | ) | |

**O R D E R**

AND NOW, this 5th day of July, 2005;

In light of the Report and Recommendation issued in this case,

IT IS HEREBY ORDERED that Plaintiff's motion for discovery [Document # 18] be DENIED.

                    S/ Susan Paradise Baxter
                    SUSAN PARADISE BAXTER
                    CHIEF UNITED STATES MAGISTRATE JUDGE