(i) Each school district with an increase in average daily membership between the 1999-2000 and 2000-2001 school year of less than three percent (3%) shall receive an amount equal to five hundred dollars ($500) multiplied by the actual numerical increase in average daily membership between the 1999-2000 and 2000-2001 school years.

(ii) Each school district with an increase in average daily membership between the 1999-2000 and 2000-2001 school year equal to or greater than three percent (3%) shall receive an amount equal to one thousand dollars ($1,000) multiplied by the actual numerical increase in average daily membership between the 1999-2000 and 2000-2001 school years.

(5) Each school district will receive additional funding as necessary so that the sum of the amounts under section 2502.13 and under clauses (2), (3), (4) and this clause will equal at lease two percent (2%) of the amount in clause (1).

(6) Each school district will receive additional funding as necessary so that the sum of the amounts under section 2502.13 and under clauses (1), (2), (3), (4), (5) and this clause divided by the 2000-2001 average daily membership will equal at least one hundred one percent (101%) of the amount in clause (1) divided by its 1999-2000 average daily membership.

Section 29. Section 2509.1 of the act is amended by adding a subsection to read:

Section 2509.1 Payments to Intermediate Units.—***

(6.9) Up to nine million five hundred thousand dollars ($9,500,000) may be utilized for programs administered and operated by intermediate unit during the 2001–2002 school year for institutionalized children as provided in subsection (6.1).

***

Section 30. Section 2561 is amended by adding a clause to read:

Section 2561. Tuition Charges for Pupils of Other Districts.—A school district or vocational school district receiving elementary or high school pupils or vocational or other extension education pupils who are residents of another school district or another vocational school district shall compute the tuition charges as follows:

***

(8) Charter School Tuition Charge. When a charge school established pursuant to Article XVII-A enrolls any eligible student in an approved private school pursuant to section 1376, its "tuition charge per elementary pupil" or its "tuition charge per secondary pupil" shall be calculated in accordance with clauses (1) through (3).

Section 31. The act is amended by adding a section to read:

Section 2574.3 Approved Reimbursable Annual Rental for Leases of Building or Portions of Buildings for Charter School Use.—(a) For

*leases of buildings of portions of buildings for charter school use which have been approved by the Secretary of Education on or after July 1, 2001, the Department of Education shall calculate an approved reimbursable annual rental charge. Approved reimbursable annual rental for such approved leases of buildings or portions of buildings for charter school use shall be the lesser of (i) the annual rental payable under the provisions of the approved lease agreement, or (ii) the product of the enrollment, as determined by the Department of Education, times one hundred sixty dollars ($160) for elementary schools, two hundred twenty dollars ($220) for secondary schools or two hundred seventy dollars ($220) for area vocational-technical schools. The Common wealth shall pay annual for 'the school year 2001-2002 and each' school year thereafter to each charter school which leases with the approval of the Department of Education buildings or portions of buildings for charter school use under these provisions an amount determined by multiplying the aid ratio of the charter school by the approved reimbursable annual rental.*

*(b) Nothing in this section shall require a charter school that has been converted from an existing public school under Article XVII-A to make rental payments to a school district.*

Section 32. This act shall take effect as follows:

(1) The addition or amendment of sections 613(f), 923-A. 1311-A, 1376, 1725-A, 1855, 1913-A, 1915-A, 2013-A, 2502.8, 2502.13, 2502.30, 2502.39, 2509.1(b.9), 2561(8) and 2574.3 of the act shall take effect July 1, 2001.

(2) The remainder of this act shall take effect June 30, 2001, or immediately, whichever is sooner.

APPROVED—The 22nd day of June, A.D. 2001.

THOMAS J. RIDGE

Sincerely,

*Victoria Bibbs, Pro Se*
Victoria Bibbs, Pro Se
6023 Glade Drive
Erie, PA 16509
814-864-4181

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Victoria Bibbs PRO SE, | ) | CIVIL ACTION |
| Plaintiff, | ) | *District Judge Cohill* |
| Vs. | ) | Judge Susan P. Baxter |
| Bradley Foulk, et al., | ) | |
| Defendant | ) | NO. 04-349E |

## CERTIFICATE OF SERVICE

The undersign hereby certifies a true and correct copy of the within Ordered Amendment and Presentation of a Partial Resolution for Approval was served upon the joint defendants Attorney's on this the ____18th__ day of _July_, 20<u>05.</u> Via United States first class mail, postage pre-paid in accordance with the Rule of Fed. C.P.

Clerk, U.S, District Court
South Park Row
Erie, PA 16501

Patrick M. Casey Marshall,
Dennehey, Warner, Coleman
& Goggin
1001 State street, Renaissance
Suite 1400 Erie, PA 16501

Richard A. Lanzillo
Knox, McLaughlin,
Gornoll & Sennett
120 West 10th Street

David M. Donaldson
Administrative Office of
Pennsylvania Courts
1515 Market Street
Suite 1414
Philadelphia, PA 19102

Matthew J. McLaughlin
Counsel for Defendants
246 west Tenth Street
Erie, PA 16501

Respectfully,

*Victoria Bibbs Pro Se*
Victoria Bibbs, Pro Se
6023 Glade Drive
Erie, PA 16509
(814) 864- 864-4181